Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| BRANDON CALLIER,<br>Plaintiff,<br>v.<br>CD MARKETING LLC d/b/a RPM Tax Advisors,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-cv-00228-LS<br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this entire case, without prejudice, and with each side bearing its own costs and attorney's fees.

Dated: October 1, 2026

Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Filed electronically with the United States District Court for the Western District of Texas CM/ECF system.

Notification was therefore automatically sent through the CM/ECF system to:

- United States District Court for the Western District of Texas
- All counsel of record registered on the electronic service list.

Date: October 1, 2026

By: /s/ Mark L. Javitch
Mark L. Javitch